# L<small>ONDON</small> F<small>ISCHER</small> <small>LLP</small>

59 Maiden Lane
New York, New York 10038

t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

October 16, 2024

**VIA ECF**

Honorable Katherine Polk Failla, U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007



Re:    *Peleus Insurance Company v. Southwest Marine & General Insurance Company et al.*
       S.D.N.Y. Civil Case No.: 1:24-cv-01527-KPF
       Our File No.        :        LF 417.0567238

Dear Judge Bloom:

    Plaintiff, Peleus Insurance Company ("Peleus") and Defendant, Southwest Marine and General Insurance Company ("Southwest") respectfully request an adjournment of the Pretrial Conference scheduled for October 31, 2024 at 11:00 a.m. (See Dkt. 27). This is the second request to adjourn the Pretrial Conference.

    Peleus' counsel has a previously scheduled family obligation on October 31, 2024. Moreover, Southwest has served non-party subpoenas on Peleus' insured Ridgeline Construction Associates, LLC ("Ridgeline") to submit documents and information and to testify at deposition. Ridgeline has recently retained counsel to respond to the non-party discovery and Ridgeline is expected to address the subpoenas within the next 15 days.

    As such, the parties respectfully request a 14 day extension of the deposition and fact discovery date of October 21, 2024 to November 4, 2024, with a Pretrial Conference to be held thereafter.

    The parties also wish to advise the Court that they have begun preliminary settlement discussions and again thank the Court for its time and continued assistance.

                                        Respectfully submitted,

LONDON FISCHER LLP                      KAUFMAN DOLOWICH LLP

By: /s/ William J. Edwins               By: /s/ Eric Stern
William J. Edwins, Esq.                 Eric Stern, Esq.
Attorneys for Plaintiff                 Attorneys for Defendant


New York        -        Irvine        -        Los Angeles        -        Miami

| | |
|---|---|
| Colony Insurance Company<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>(212) 972-1000 | Southwest Marine and General Insurance Company<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>(516) 283-8703 |

Application GRANTED.  In light of the parties' representations, the deadline for fact discovery and depositions of fact witnesses is hereby ADJOURNED to on or before **November 4, 2024.**  Likewise the pretrial conference previously scheduled for October 31, 2024, is hereby ADJOURNED to **November 15, 2024,** at **11:00 a.m.,** in Courtroom 618, 40 Centre Street, New York, NY 10007.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

The parties are admonished for their carelessness when addressing the Court and are directed to take better care in the future.

Dated:    October 16, 2024              SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

4885-1773-4371, v. 1