# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.283.8703
Facsimile: 516.884.6519

www.kaufmandolowich.com

**Eric Stern, Esq.**
**Partner**
**Email: estern@KaufmanDolowich.com**

November 4, 2024

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:      *Peleus Insurance Company v. Southwest Marine and General*
         *Insurance Company and Boguslaw Huk*
         **SDNY Civil Case No.: 1:24-cv-01527-KPF**

Dear Judge Failla:

Plaintiff, Peleus Insurance Company ("Peleus") and Defendant, Southwest Marine and General Insurance Company ("Southwest") (collectively the "Parties"), per the Court's November 4, 2024 Order, respectfully request an adjournment of the discovery deadline scheduled for November 4, 2024 and the pretrial conference scheduled for November 15, 2024. This is the second request to adjourn the discovery deadline and the third request to adjourn the pretrial conference

As the Court is aware, there is a dispute regarding non-party discovery that is preventing the close of discovery. Defendant is moving the court to help resolve this dispute with the non-party under separate cover. The Parties seek an adjournment of 45 days – or length the Court deems appropriate - of the current November 4, 2024 discovery deadline and November 15, 2024 pretrial conference so that the Court can resolve this issue and all discovery can be completed.

We thank the Court for its attention to this matter and its considerations in this regard.

KAUFMAN DOLOWICH LLP

By: /s/ Eric Stern
Eric Stern, Esq.
Attorneys for Defendant
Southwest Marine and General Insurance
Company
135 Crossways Park Drive, Suite 201

LONDON FISCHER LLP

By:  /s/ William J. Edwins
William J. Edwins, Esq.
Attorneys for Plaintiff
Peleus Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038

NY | NJ | CT | PA | FL | IL | LA | TX | CA

Woodbury, New York 11797                    (212) 972-1000
(516) 283-8703                              LF File No.:  417.0567241


cc:    All Counsel of Record (via ECF)


Application GRANTED.  The deadline for fact discovery to be completed is
hereby ADJOURNED to **December 19, 2024.**  The pretrial conference currently
scheduled for November 15, 2024, is hereby ADJOURNED to **January 9, 2025,**
at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket
entry 32.

Dated:      November 4, 2024              SO ORDERED.
            New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE